# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: James C. Jacobs                      CHAPTER 13

Debtor(s)

BKY. NO. 22-11836 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
03 Oct 2022, 15:16:01, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: f8ce755938fa026c08ede1090ebbbc21cacb44ce5dc267a2136034b2fc22a62b