**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
JAMES C JACOBS

Chapter 13

**Debtor**    **Bankruptcy No.** 22-11836-PMM

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: December 12, 2023**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge